UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                                      CASE NO. 8:14-bk-06325-KRM

T SIMONE FIGUEROA                                              Chapter 7

                              Debtor
_____  /

REPORT OF UNCLEARED FUNDS

The Trustee disbursed funds on the administrative expenses and dividends on the above captioned case on 5/11/22. The following check was returned. We were unable to locate a new address for the Creditor.

| Claim# | Check# | Claimant | Amount |
|---|---|---|---|
| 1 | 104 | Bright House Networks | $451.03 |

Check # 112 dated 11/2/22 for $ 451.03 was issued to the Clerk of Court, U.S. Bankruptcy Court.

Dated: November 2, 2022

                                                /s/ Traci K. Stevenson
                                                Traci K. Stevenson, Trustee
                                                FBN 942227
                                                P.O. Box 86690
                                                Madeira Beach, FL 33738
                                                (727) 397-4838
                                                tracikstevenson@gmail.com