UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

T SIMONE FIGUEROA                         CASE NO. 8:14-bk-06325-KRM

                          Debtors
_____/

**REPORT OF UNCLEARED/UNCLAIMED FUNDS**

        The Trustee disbursed funds on the administrative expenses and dividends on the above captioned case on November 2, 2022. The following check(s) were returned and marked "VOID" or went stale ninety (90) days after being issued and mailed to the payment address listed on the proof of claim form filed with the Court and a stop payment was requested of the bank.

| Claim | Creditor | Chk # | Amount |
|---|---|---|---|
| surplus | T. Simone Figueroa | 110 | $3,372.96 |

Check No. 113 dated March 22, 2023, for $3,372.96 issued to the Clerk of Court, U.S. Bankruptcy Court has been submitted.

Dated: March 22, 2023

                                            /s/ Traci K. Stevenson
                                            Traci K. Stevenson, Trustee
                                            FBN 942227
                                            P.O. Box 86690
                                            Madeira Beach, FL 33738
                                            (727) 397-4838
                                            tracikstevenson@gmail.com